UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Quad Int'l. Inc.   CIVIL 12-2681 RHK/JJG
    Plaintiff,
vs.

John Doe
    Defendant.

------------------------------------------

Quad Int'l. Inc.   CIVIL 12-2682 SRN/JSM
    Plaintiff,
vs.

John Doe
    Defendant.

------------------------------------------

Quad Int'l. Inc.   CIVIL 12-2685 SRN/SER
    Plaintiff,
vs.

John Doe
    Defendant.

--------------------------------------------

Ingenuity 13 LLC   CIVIL 12-2686 SRN/JJG
    Plaintiff,
vs.

John Doe
    Defendant.

------------------------------------------

AF Holdings LLC   CIVIL 12-2687 RHK/JJK
    Plaintiff,
vs.

John Doe
    Defendant.

-----------------------------------------------------------------------------------------------

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 12-2681 having been assigned to Judge Richard H. Kyle and Magistrate Judge Jeanne J. Graham and Cases No. 12-2682, 2685, 2686 having later been assigned to Judge Susan Richard Nelson and Magistrate Judges Janie S. Mayeron, Steven E. Rau, and CV 12-2687 Magistrate Judge Jeffrey J. Keyes, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 12-2682 SRN/JSM, CV 12-2685 SRN/SER, CV 12-2686 SRN/JJG and CV 12-2687 RHK/JJK be assigned to Judge Richard H. Kyle and Magistrate Jeanne J. Graham nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed December 19, 2008.

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

Dated: October 24, 2012                              s/ Richard H. Kyle
                                                     Judge Richard H. Kyle
                                                     United States District Court


Dated: October 24, 2012                               s/Susan Richard Nelson
                                                     Judge Susan Richard Nelson
                                                     United States District Court