# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Quad Int'l, Inc.,** | **Civ. No. 12-2681 (RHK/JJG)** |
| **Plaintiff,** | |
| **v.** | **MINUTE ENTRY** |
| **John Doe,** | |
| **Defendant.** | |

| | |
|---|---|
| **Quad Int'l, Inc.,** | **Civ. No. 12-2682 (RHK/JJG)** |
| **Plaintiff,** | |
| **v.** | **MINUTE ENTRY** |
| **John Doe,** | |
| **Defendant.** | |

| | |
|---|---|
| **Quad Int'l, Inc.,** | **Civ. No. 12-2683 (RHK/JJG)** |
| **Plaintiff,** | |
| **v.** | **MINUTE ENTRY** |
| **John Doe,** | |
| **Defendant.** | |

| | |
|---|---|
| **Quad Int'l, Inc.,** | **Civ. No. 12-2684 (RHK/JJG)** |
| **Plaintiff,** | |
| **v.** | **MINUTE ENTRY** |
| **John Doe,** | |
| **Defendant.** | |

| | |
|---|---|
| **Quad Int'l, Inc.,** | **Civ. No. 12-2685 (RHK/JJG)** |
|       **Plaintiff,** | |
| **v.** | **MINUTE ENTRY** |
| **John Doe,** | |
|       **Defendant.** | |
| **Ingenuity13 LLC,** | **Civ. No. 12-2686 (RHK/JJG)** |
|       **Plaintiff,** | |
| **v.** | **MINUTE ENTRY** |
| **John Doe,** | |
|       **Defendant.** | |
| **AF Holdings LLC,** | **Civ. No. 12-2687 (RHK/JJG)** |
|       **Plaintiff,** | |
| **v.** | **MINUTE ENTRY** |
| **John Doe,** | |
|       **Defendant.** | |
| **AF Holdings LLC,** | **Civ. No. 12-2688 (RHK/JJG)** |
|       **Plaintiff,** | |
| **v.** | **MINUTE ENTRY** |
| **John Doe,** | |
|       **Defendant.** | |

**AF Holdings LLC,**                              Civ. No. 12-2689 (RHK/JJG)
        **Plaintiff,**

v.                                                MINUTE ENTRY

**John Doe,**
        **Defendant.**

### COURT MINUTES – CIVIL
### BEFORE: Jeanne J. Graham
### U.S. Magistrate Judge

| | |
|---|---|
| Date: | November 20, 2012 |
| Court Reporter: | n/a  (digital recording) |
| Time Commenced: | 14:02 |
| Time Concluded: | 14:12 |
| Time in Court: | 10 minutes |

**APPEARANCES:**
For Plaintiffs: Michael K. Dugas
For Defendants: no appearance

**PROCEEDINGS:**
The Court held a hearing on Plaintiffs' Motions for Leave to Take Discovery Prior to the Rule 26(f) Conference (ECF No. 8 in Civ. No. 12-2681, ECF No. 5 in Civ. No. 12-2682, ECF No. 5 in Civ. No. 12-2683, ECF No. 5 in Civ. No. 12-2684, ECF No. 8 in Civ. No. 12-2685, ECF No. 5 in Civ. No. 12-2686, ECF No. 5 in Civ. No. 12-2687, ECF No. 6 in Civ. No. 12-2688, ECF No. 3 in Civ. No. 12-2689). The motions were taken under advisement, and a written order will issue.

                                                  s/ Adrienne Meyers
                                                  Judicial Law Clerk