**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AF HOLDINGS, LLC, | CASE NO. 0:12-cv-2687 |
| Plaintiff, | |
| | Judge: Hon. Richard H. Kyle |
| v. | |
| | Magistrate Judge: Hon. Jeanne J. Graham |
| JOHN DOE, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

Because Plaintiff is currently the only party to this action, there are no other parties that Plaintiff can serve a copy of Plaintiff's Notice to Court Regarding Communication (Filed Under Seal).

/s/ Michael K. Dugas